IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE MANUEL PEREZ,

       Petitioner,                   No. CIV S-09-2474 FCD KJM P

   vs.

JAMES WALKER,

       Respondent.              <u>ORDER</u>

                                /

       Respondent is directed to file or lodge a copy of the state habeas petition filed in Solano County Case No. FCR243544 within thirty days of the date of this order.

       IT IS SO ORDERED.

DATED: November 5, 2010.

_____
U.S. MAGISTRATE JUDGE

2
pere2474.ord