IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE MANUEL PEREZ,

    Petitioner,                      No. CIV S-09-2474 KJM CKD P

    vs.

TERRI GONZALEZ,

    Respondent.                  <u>ORDER</u>

        Petitioner is a state prisoner proceeding pro se with an application for a writ of habeas corpus under 28 U.S.C. Section 2254. On March 27, 2012, the district judge assigned to this case referred the case back for further proceedings. Respondent is directed to file an answer to the first amended petition (dkt. #14) within sixty days of the filed date of this order.

Dated: April 10, 2012

                                        CAROLYN K. DELANEY
                                        UNITED STATES MAGISTRATE JUDGE

de
pere2474.ord